**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

NORBERTO CASALLAS MARTINEZ,

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondent.

Case No. 1:26-cv-08604 JLT EGC

A-Number: 220-751-816

ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

Nolberto Casallas Martinez is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, with which he filed a motion for a temporary restraining order. (Docs. 1, 2.) Petitioner challenged his detention as unlawful and unconstitutional, and sought release from ICE custody. (*See* Doc. 1 at 6, 9-11.) Respondents report that Petitioner was released from detention on November 6, 2026, and provided the "Notice to EOIR" of the release. (Doc. 9 at 1; Doc. 9-1 at 1.) A routine review of the online ICE detainee locator also confirms that Petitioner is no longer in detention.

The Court finds Petitioner received the relief sought through his pending petition. Consequently, the pending petition is now moot. *See Abdala v. I.N.S.*, 488 F.3d 1061, 1065 (9th Cir. 2007). Thus, the Court **ORDERS**:

1. The petition for writ of habeas corpus is **DISMISSED** without prejudice.
2. Petitioner's motion for temporary restraining order (Doc. 2) is denied as **MOOT**.

3. The Clerk of Court is directed to terminate pending matters and close this case.

IT IS SO ORDERED.

Dated: _November 13, 2026_

UNITED STATES DISTRICT JUDGE